

# MEMO ENDORSED

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026  fax (212) 788-9776

January 26, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/06
```

Re:  *Dunlop v. The City of New York*
     **USDC SDNY 06 CV 433 (KMK) (JCF)**

Dear Judge Francis:

I write to request an enlargement of Defendants' time to answer in this action. Defendants' answer is due on January 27, 2006. Plaintiff has not yet returned to Defendants a release allowing Defendants to collect the records sealed pursuant to NYCPL § 160.50. Defendants seek an additional 60 days in which to answer the complaint, making their due date March 28, 2006, so they may collect Plaintiff's records (after Plaintiff returns a properly executed release). Despite several recent conversations with Plaintiff's counsel, Gina Bonica, she has neither consented nor refused to consent to this request. Defendants have not previously sought an extension of this deadline. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

/s/ James Mirro
James Mirro

1/27/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

cc:  Gina M. Bonica, Esq.