UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/06
```

**Alexander Dunlop, et al**
                      **Plaintiffs,**

-v-

**City of New York, et al**

                      **Defendants..**

Case No.

06-cv-433 (KMK)(JCF)

ORDER
*RNC CASE*

KENNETH M. KARAS, District Judge:

    The above entitled action is referred to Magistrate Judge James C. Francis for the following purpose(s):

| | | | |
|---|---|---|---|
| _x_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |

        All such motions: _____

---

\* Do not check if already referred for general pretrial.

    **Counsel for the defendant is to notify counsel for the plaintiff of this order.**

**SO ORDERED.**

DATED:    New York, New York
               February 7, 2006

                                              Kenneth M. Karas
                                              United States District Judge