UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEXANDER DUNLOP,                                      x

            Plaintiff,

      vs.

THE CITY OF NEW YORK a municipal entity
MICHAEL BLOOMBERG, Mayor of the City of
New York, RAYMOND KELLY, Police
Commissioner of the City of New York, JOSEPH
ESPOSITO, Chief of the Department, New York
City Police Department, THOMAS GRAHAM ,
Commanding Officer of the Disorder Control Unit
of the New York City Police Department, JOHN J.
COLGAN, Deputy Chief and Commanding Officer,
Pier 57, New York City Police Department,
THE NEW YORK COUNTY DISTRICT
ATTORNEY'S OFFICE, NEW YORK DISTRICT
ATTORNEY ROBERT MORGENTHAU, POLICE
OFFICER MAYA GOMEZ, shield number 27230,
POLICE OFFICER JOHN DOE's 1-3, and the
HUDSON RIVER PARK TRUST, in their individual
and official capacities, jointly and severally,

           Defendant(s).
_____x

06-CV-433 (KMK) (JCF)
ECF

**Notice of Appearance**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD,

      Enter the appearance of Gina M. Bonica and Yetta G. Kurland of Kurland &

Associates, P.C. and Elizabeth M. Fink, Esq. of counsel to Kurland and Associates, P.C.

as counsel in this case for the Plaintiff, Alexander Dunlop.

Dated: February 17, 2006
      New York, New York

Respectfully submitted,
KURLAND & ASSOCIATES, P.C.


By s/Yetta G. Kurland
    Yetta G. Kurland, Esq.

    s/ Gina M. Bonica
    Gina M. Bonica, Esq.
    304 Park Avenue South, Suite 206
    New York, NY 10010
    212.253.6911 (P)
    212.614.2532 (F)

    ELIZABETH M. FINK

    s/ Elizabeth M. Fink
    Elizabeth M. Fink, Esq.
    13 Gay Street
    New York, NY 10014
    718.783.3682 (P)