UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/06

**Alexander Dunlop, et al**

                Plaintiffs,

-v-

**City of New York, et al**

                Defendants..

Case No.
06-cv-433 (KMK)(JCF)

ORDER

<u>KENNETH M. KARAS, District Judge</u>:

        The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery.

**Counsel for the defendant is to notify the plaintiff of this order.**

Dated: February 7, 2006
       New York, New York

                              KENNETH M. KARAS
                            UNITED STATES DISTRICT JUDGE