UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER DUNLOP

                               Plaintiff,                Index No.: 06-CV-433

                                                                AFFIDAVIT OF
--against--                                                SERVICE BY MAIL


THE CITY OF NEW YORK et al.,

                               Defendant(s)
-----------------------------------------------------------------X

STATE OF NEW YORK    }
                                    ss:
COUNTY OF NEW YORK  }

I, Audrey Mars, being sworn; I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On February 17, 2006 I served the within **Plaintiff's Motion for Demand and attached Exhibits** by mailing via Federal Express Mail, a true copy thereof enclosed in a postage-paid wrapper to Defense counsel at the address below :

        TO:    James Mirro
                   Corporation Counsel of the City of New York
                   100 Church Street, Room 3-137
                   New York, NY 10007


DATED: February 17, 2006                                           _____
            New York, New York                                          Audrey Mars


Sworn to before me
this 17th day of February, 2006

_____
Notary Public

            GINA M. BONICA
    Notary Public, State of New York
          No. 02BO6120286
     Qualified in Suffolk County
Commission Expires On December 20, 20 08