


**MEMO ENDORSED**

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026   fax (212) 788-9776*

March 17, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/06

Re:   *Dunlop v. The City of New York*
      **USDC SDNY 06 CV 433 (KMK) (JCF)**

Dear Judge Francis:

I write to request an enlargement of defendants' time to answer in this action. Defendants' answer currently is due on March 28, 2006. Yesterday, Judge Karas heard argument in this case on plaintiff's request for permission to move to remand. The Judge did not refuse plaintiff's request to file the motion. On the current schedule set by Judge Karas, briefing by both sides on this motion will be completed by mid-April. Defendants respectfully request permission to file their answer or other responsive papers within 10 days of Judge Karas' order on plaintiff's motion to remand. Plaintiff's counsel, Gina Bonica, kindly has consented to this request. Defendants have invited plaintiff to participate in the consolidated depositions and other discovery underway in the consolidated actions, so the Court's grant of additional time to answer will not delay discovery. This is defendants' second request for an extension on their answer date. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

cc:   Gina M. Bonica, Esq.

3/17/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ