USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|6|06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER DUNLOP,

                    Plaintiff,                          06-CV-433        (KMK)

        -v-

CITY OF NEW YORK, ET AL.,                     MOTION SCHEDULING ORDER
                                              ECF Case
                    Defendants.


**KARAS, U.S.D.J.**

        At the Pre-Motion Conference before the Court held on March 16, 2006, the Court
adopted the following scheduling order:

            Plaintiff's motion to remand shall be served upon opposing counsel not later than
            March 31, 2006.

            Defendants' opposition papers are to be served upon opposing counsel not later
            than April 14, 2006.

            Reply papers are to be served upon opposing counsel not later than April 21,
            2006.

            Sur-reply papers shall not be accepted or filed unless prior permission of the
            Court is given.

            Any pending deadlines found in the Federal Rules of Civil Procedure or in any
            applicable statute are hereby stayed until the date the motion is due.

            Counsel are reminded that there is a strict page limit, which will only be extended
            in extreme circumstances.

            The movant shall electronically file their motion and reply papers with the Clerk
            only when the entire motion is fully briefed. The respondent shall electronically
            file opposition papers only when advised by the movant that their papers are
            being filed. Courtesy copies are to be served on the opposing party by the
            assigned date. Two courtesy copies of all papers also shall be sent to this Court at
            the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:      New York, New York
            March 31     , 2006

                                          KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE

2