

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

# MEMO ENDORSED

April 13, 2006

**BY FAX**

The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/06
```

Re:   *Dunlop v. The City of New York, et al.*
         USDC SDNY 06 CV 433 (KMK) (JCF)

Dear Judge Karas:

Your Honor previously set a briefing schedule in this case calling for defendants to respond to plaintiff's renewed motion to remand by tomorrow, April 14, 2006. In plaintiff's renewed motion, plaintiff asserts several arguments not previously raised either in plaintiff's earlier motion to remand or in plaintiff's subsequent letter application for permission to make this motion. In light of plaintiff's new arguments, and the press of other briefing currently underway in the RNC cases, defendants respectfully request an additional five business days to respond to plaintiff's motion, making defendants' due date April 21, 2006. Defendants hereby consent to a reciprocal five day extension for plaintiffs to file any reply. Plaintiff's counsel, Gina Bonica, kindly has consented to this request. If this meets with your approval, would you kindly "so order" it? Thank you.

Very truly yours,

*James Mirro*

cc:   Gina M. Bonica, Esq. (by fax)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/19/06