## CERTIFICATION OF SERVICE

I herby certify that on March 31, 2006, I caused to be served a true and correct copy of Plaintiff Alexander Dunlop's Notice of Motion for Remand along with supporting Memorandum of Law by email correspondence to Jmirro@law.nyc.gov and by Federal Express, on the following counsel of record for the Defendants:

James Mirro
Special Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

_____
Gina M. Bonica, Esq