## CERTIFICATION OF SERVICE

I herby certify that on April 28, 2006, I caused to be served a true and correct copy of Plaintiff Alexander Dunlop's Supplemental Response To Memorandum of Law in Support Of Motion For Remand by email correspondence to Jmirro@law.nyc.gov on the following counsel of record for the Defendants:

James Mirro
Special Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Gina M. Bonica, Esq