**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALEXANDER DUNLOP,

                                            Plaintiff,

- against -

THE CITY OF NEW YORK, a municipal entity; Michael
Bloomberg, Mayor of the City of New York; JOSEPH
ESPOSITO, Chief of the Department, New york City Police
Department; THOMAS GRAHA, Commanding Officer of the
Disorder Control Unit of the New york City Police Department;
JOHN J. COLGAN, Deputy Chief and Commanding Officer,
Pier 57, New York City Police Department; THE NEW YORK
COUNTY DISTRICT ATTORNEY'S OFFICE; NEW YORK
DISTRICT   ATTORNEY   ROBERT   MORGENTHAU;
POLICE OFFICER MAYA GOMEZ, shiedl number 27230;
POLICE OFFICER JOHN DOEWs 1-3; and  District Attorney,
County of New York, the HUDSON RIVER PARK TRUST, in
their individual and official capacities, jointly and severally,

                                            Defendants.

**NOTICE OF APPEARANCE**

06 Civ. 0433 (KMK) (JCF)

TO THE CLERK OF THE COURT:

        PLEASE TAKE NOTICE that the undersigned appears herein for defendants Robert

Morgenthau and the "New York County District Attorney's Office."  It is requested that all papers in

this action be served by on appearing counsel, by  ECF or otherwise.

Dated:   New York, New York
            October 17, 2006

                        **ROBERT M. MORGENTHAU**
                        District Attorney, New York County
                        as Special Assistant Corporation Counsel
                        One Hogan Place
                        New York, New York 10013
                        (212) 335-9000 (telephone)
                        (212) 335-9288 (facsimile)

                    By:  /s/ Michael S. Morgan
                          Michael S. Morgan (MM-9360)
                          Assistant District Attorney

TO:     All Parties (by ECF)