UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ALEXANDER DUNLOP,

                          Plaintiff,

    -versus-                                           **06 CV 433 (KMK)(JCF)**

THE CITY OF NEW YORK, et al.

                          Defendants.

------------------------------------------------------------------ x

On November 3, 2006, pursuant to the Court's Individual Practice Rules, the parties appeared in Court for a pre-motion conference on defendants' motions to dismiss the Amended Verified Complaint. Having received the written submissions of the parties, and heard the parties in open Court, and upon plaintiffs' oral request for permission to amend the Complaint, it is hereby **ORDERED**:

1. Plaintiff shall file his amended complaint by December 15, 2006. No further amendment to the complaint shall be permitted without leave of the Court;

2. The parties shall appear in Court at 10 a.m. on January 5, 2007 for a pre-motion conference to address defendants' proposed motions to dismiss; defendants are not required to file any additional pre-motion papers on these issues;

3. Defendants' time to answer shall be extended until 30 days after the later of the January 5, 2007 conference or the Court's order on defendants' proposed motions to dismiss;

- 2 -

4. Discovery in this action is stayed until the later of the January 5, 2007 conference or the Court's order on defendants' proposed motions to dismiss.

SO ORDERED:

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: November 9, 2006

To:   Yetta Kurland, Esq., for plaintiff
      Gina Bonica, Esq., for plaintiff
      James Mirro, Esq., for defendants
      Michael Morgan, Esq., for defendants

- 2 -