UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/07

ALEXANDER DUNLOP,

                Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

                Defendants.

06-CV-433   (KMK) (Jcf)

MOTION SCHEDULING ORDER
ECF Case

**KARAS, U.S.D.J.**

At the Pre-Motion Conference before the Court held on February 2, 2007, the Court adopted the following scheduling order:

> Defendants' motions to dismiss shall be served upon opposing counsel not later than February 16, 2007.
>
> Plaintiff's opposition papers are to be served upon opposing counsel not later than March 19, 2007.
>
> Reply papers are to be served upon opposing counsel not later than April 2, 2007.
>
> Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.
>
> Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.
>
> Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.
>
> The movants shall electronically file their motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movants that their papers are being filed. Courtesy copies are to be served on the opposing party by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:   New York, New York
         February 5, 2007

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE