

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026  fax (212) 788-9776

February 12, 2007

**BY FAX**

The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

    Re:     *Dunlop v. The City of New York, et al.*
            *USDC SDNY 06 CV 433 (KMK) (JCF)*

Dear Judge Karas:

    Since our last conference in this case, I have had several conversation with plaintiffs' counsel in an effort to explore a possible settlement of this case on mutually satisfactory terms. Late on Friday, plaintiffs' counsel asked if I would consent to a stay of the briefing schedule on defendants' motions to dismiss to allow the parties time to discuss settlement. Defendants consent to this proposal because defendants would prefer to avoid presenting a motion for the Court's resolution in a case that may settle. Accordingly, the parties now request that the Court stay the briefing schedule on defendants' motions to dismiss for four weeks to permit further settlement discussions between the parties.

    Very truly yours,

    James Mirro

*Briefing on the motions to dismiss is suspended until March 15, 2007.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/13/07

cc:     Gina M. Bonica, Esq. (by fax)

*SDNY DOCUMENT ELECTRONICALLY FILED DOC #___ FILED: 2/13/07*