F<small>ILED</small> E<small>LECTRONICALLY</small>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER DUNLOP,

                           Plaintiff,

    - against -

THE CITY OF NEW YORK, a municipal entity; MICHAEL BLOOMBERG, Mayor of the City of New York; RAYMOND KELLY, Police Commissioner of the City of New York; JOSEPH ESPOSITO, Chief of the Department, New York City Police Department; THOMAS GRAHAM, Commanding Officer of the Disorder Control Unit of the New York City Police Department; JOHN J. COLGAN, Deputy Chief and Commanding Officer, Pier 57, New York City Police Department; NEW YORK COUNTY DISTRICT ATTORNEY ROBERT MORGENTHAU; ASSISTANT DISTRICT ATTORNEY WILLA CONCANNON; POLICE OFFICER MAYA GOMEZ, shield number 27230; POLICE OFFICER JOHN DOE's 1-3; JOHN ROE, Technician, New York County District Attorney's Office; and the HUDSON RIVER PARK TRUST, in their individual and official capacities, jointly and severally,

                           Defendants.

06 cv 0433 (KMK)(JCF)

**NOTICE OF APPEARANCE**

---

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that the undersigned appears herein for defendants Robert Morgenthau and Willa Concannon.  It is requested that all papers in this action be served by on appearing counsel, by  ECF or otherwise.

Dated:   New York, New York
            March 12, 2007

                                            **ROBERT M. MORGENTHAU**
                                            District Attorney, New York County
                                            as Special Assistant Corporation Counsel
                                            One Hogan Place
                                            New York, New York 10013
                                            (212) 335-9000 (telephone)
                                            (212) 335-9288 (facsimile)

                                      By:  /s/ Michael S. Morgan
                                                  Michael S. Morgan (MM-9360)
                                                  Assistant District Attorney

TO:    All Parties (by ECF)