# KURLAND & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

YETTA G. KURLAND
GINA M. BONICA

304 PARK AVENUE SOUTH, SUITE 206
NEW YORK, NEW YORK 10010
TEL 212-253-6911
FAX 212-614-2532

**MEMO ENDORSED**

April 13, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/07

**Via Fascimilie and Federal Express Mail**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:    <u>Alexander Dunlop v. The City of New York et al., 06- cv-433 (KMK) (JCF)</u>

Dear Honorable Karas,

This office represents the Plaintiff, Alexander Dunlop in the above referenced matter. I am writing to respectfully request that the extension already granted by Michael Morgan of the New York County District Attorney's Office to answer their Motion to Dismiss be 'So Ordered'.

Plaintiff's response to the District Attorney's Motion to Dismiss was due on April 17, 2007. However, in light of our continuing efforts to negotiate settlement in this matter coupled with our desire to avoid preemptively serving opposition papers when settlement has not been exhausted; our office requested an extension to answer the Motion to Dismiss. The District Attorney's office has agreed to extend Plaintiff time to answer until May 31, 2007.

In addition, Plaintiff has also requested that our time to answer Corporation Counsel's Motion to Dismiss be extended from April 20, 2007 to May 31, 2007. Our office is still awaiting an answer from Mr. Mirro. Upon receiving a response from Mr. Mirro, I will follow up with a request for the extension to be 'So Ordered'. There was a prior request for an extension to serve and respond to Motion to Dismiss by all parties as we were in the midst of settlement negotiation.

We respectfully request that Your Honor' So Order' Plaintiff request for an extension to answer New York City District Attorney's Motion to Dismiss. Thank you for your consideration.

*Gina M. Bonica, Esq. (GB-6615)*
304 Park Avenue South, Suite 206
New York, NY 10010
212.253.6911(P)
212.614.2532 (F)
*Attorneys for Plaintiff*

Cc: James Mirro, Esq.
　　Michael Morgan, Esq.

> Plaintiff is given until May 31, 2007 to respond to the motion to Dismiss filed by the NYC District Attorney's Office.
>
> SO ORDERED
> KENNETH M. KARAS U.S.D.J.
> 4/17/07