# KURLAND & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

YETTA G. KURLAND
GINA M. BONICA

304 PARK AVENUE SOUTH, SUITE 206
NEW YORK, NEW YORK 10010
TEL 212-253-6911
FAX 212-614-2532

**MEMO ENDORSED**

April 25, 2007



**Via Facsimile**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:  **Alexander Dunlop v. The City of New York et al., 06- cv-433 (KMK) (JCF)**

Dear You Honor:

I am writing to confirm that our request for an extension of time to answer the motion to dismiss, filed by defendants in the above referenced matter, was in fact granted for an additional 30 days from the date of the order.

On Friday, April 20, 2007, we received an electronic mailing from NYSD ECF in response to our letter requesting an extension of time to answer this motion.

As we understood it, the Docket Text section read that the letter had been endorsed and stated that the request had been granted. It further stated that we would be given an extension of 30 days and that this would be the last extension granted.

The letter requesting an extension was also stamped endorsed with similar language written on it and signed by Your Honor.

Based on this we calendared the matter for the future date and continued working on the settlement negotiations that are underway in this matter. We did not make a submission on April 23, 2007, the date the opposition papers would have been due had the extension been denied.

However, I received last night email correspondences from opposing counsel claiming in fact that the request for extension had not been granted.

I am calling to clarify that our extension was in fact granted for our edification as well as opposing counsels, and to ask for your immediate help and attention due to the time sensitive issues involved.

I apologize for this confusion and thank you in advance for your time.

Sincerely,

Yetta G. Kurland

Enc.

cc: James Mirro, Esq.
Michael Morgan, Esq.

The request for 30 more days was granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/25/07