United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



------------------------------------X
Dunlop

                                                    NOTICE OF REASSIGNMENT

       -v-


The City of New York
------------------------------------X    7:06 civ. 0433(KMK)(JCF)


       Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of


       JUDGE: Kenneth M Karas

       All future documents submitted in this action shall bear the assigned judge's initials after the case number.  If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

       The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


                                        J. Michael McMahon, CLERK
Dated:9/4/07
                                    by:_____
                                                Deputy Clerk


CC:    Attorneys of Record              USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
i:forms\assign\reass.wpd                DATE FILED:_____
WP REASSIGNMENT FORM


                                        Revised: September 9, 2004