EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/06

------------------------------------------------------------X

ALEXANDER DUNLOP,

                Plaintiff,

  -versus-                                                 06 CV 433 (KMK)(JCF)

THE CITY OF NEW YORK, et al.

                Defendants.

------------------------------------------------------------X

All parties having consented to adjourn the following matters, it is hereby ORDERED:

1. Plaintiff shall file his amended complaint by January 15, 2007. No further amendment to the complaint shall be permitted without leave of the court.

2. The parties shall appear in Court at 12 pm on February 2, 2007 for a pre-motion conference to address defendants' proposed motions to dismiss; defendants are not required to file any additional pre-motion papers on these issues;

3. Defendants' time to answer shall be extended until 30 days after the later of the February 2, 2007 conference or the Court's order on defendants' proposed motions to dismiss;

4. Discovery in this action is stayed until the later of the February 2, 2007 conference or the Court's order on defendants' proposed motions to dismiss.

SO ORDERED:

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: December 5, 2006