

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JAMES MIRRO<br>*Special Assistant Corporation Counsel*<br>*phone (212) 788-8026  fax (212) 788-9776* |

June 5, 2007

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

    Re:    *Dunlop v. The City of New York, et al.*
              USDC SDNY 06 CV 433 (KMK) (JCF)

Dear Judge Karas:

       Defendants submit herewith two courtesy copies of their reply brief in further support of defendants' motion to dismiss plaintiff's conspiracy claim. Defendants also submit herewith two courtesy copies of the DA Defendants' brief in support of their motion to dismiss, which is provided because all of the served defendants have relied, at least in part, upon the authorities set forth that brief. Defendants have filed on ECF today their motion to dismiss the conspiracy claim and plaintiffs' opposition to that motion. Defendants request oral argument on this motion.

                                                         Very truly yours,

                                                         James Mirro

cc:    Gina M. Bonica, Esq. (by email)
        Michael Morgan, Esq. (by email)