1

```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK
     COUNTY OF NEW YORK:    PART  PART-B
 2   ------------------------------------X

 3   THE PEOPLE OF THE STATE OF NEW YORK    :   DOCKET NO.

 4                                          :

 5            -against-                     :   2004NY063485

 6   ALEXANDER DUNLOP,                      :
                        Defendant.
 7   ------------------------------------X
                            100 Centre Street
 8                          New York, N.Y. 10013
                            May 13, 2005
 9

10   H O N O R A B L E:

11           GERALD HARRIS,

12                                            Judge.

13

14

15   A P P E A R A N C E S:

16         FOR THE PEOPLE:

17            ROBERT M. MORGENTHAU, ESQ.
                   DISTRICT ATTORNEY
18                 NEW YORK COUNTY
              BY:  ARTIE McCONNELL, ESQ.
19

20

21

22

23                           YVONNE OVIEDO
                        OFFICIAL COURT REPORTER
24

25
```

PROCEEDINGS

1       COURT OFFICER: Calling Calendar 72,
2   Alexander Dunlop.
3       MR. McCONNELL: This case was called at the
4   request of the assigned assistant, who I spoke to
5   earlier today.
6       On April 6, 2005, ADA Concannan stood up on
7   this case and dismissed it because the People could not
8   prove the case beyond a reasonable doubt. Judge
9   Simpson was sitting in the part at the time.
10      For whatever reason, your Honor, it appears
11  that the case was put over for trial in this part on
12  May 9th. Obviously, given what had occurred
13  previously, the defendant and the defense attorney did
14  not show up, and the Court issued a bench warrant, in
15  error.
16      The assistant is requesting that that bench
17  warrant be expunged, and this case be dismissed
18  immediately.
19      THE COURT: The bench warrant is expunged.
    The case is dismissed on the People's representation
20  that they could not prove the case beyond a reasonable
    doubt. The record will be sealed.
21                          *****
    This is certified to be a true and accurate transcript
22  of the above proceedings recorded by me.
23                              _____
24                              YVONNE OVIEDO
                                OFFICIAL COURT REPORTER
25