UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDER DUNLOP,

                       Plaintiff,

                06-CV-433 (RJS) (JCF)

                **CERTIFICATION OF SERVICE**

      -against-

THE CITY OF NEW YORK, a municipal entity
MICHAEL BLOOMBERG, Mayor of the City of
New York, RAYMOND KELLY, Police
Commissioner of the City of New York, JOSEPH
ESPOSITO, Chief of the Department, New York
City Police Department, THOMAS GRAHAM,
Commanding Officer of the Disorder Control Unit
of the New York City Police Department, JOHN J.
COLGAN, Deputy Chief and    Commanding Officer,
Pier 57, New York City Police Department,
NEW YORK COUNTY DISTRICT ATTORNEY
ROBERT MORGENTHAU, ASSISTANT
DISTRICT ATTORNEY WILLA CONCANNON,
POLICE OFFICER MAYA GOMEZ, shield number
27230, POLICE OFFICER JOHN DOE's 1-3,
ILISE WILLIAMS, and the HUDSON RIVER
PARK TRUST, in their individual and official
capacities, jointly and severally,

                     Defendants

-------------------------------------------------------------

     I herby certify that on June 4, 2008, I caused to be served a true and correct copy of Plaintiff Alexander Dunlop's Memorandum of Law in Opposition to Defendants' Motion for Reconsideration Concerning the "Video Conspiracy" Claim to Jmirro@law.nyc.gov the following counsel of record for the Defendants:

        James Mirro
        Special Assistant Corporation Counsel
        New York City Law Department
        100 Church Street
        New York, NY 10007

                                              Gina M. Bonica, Esq.