UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER DUNLOP,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 06 Civ. 0433 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that defendants' request for an extension of time to submit a reply brief regarding their motion for reconsideration is GRANTED. Defendants shall file their reply brief by June 17, 2008.

IT IS FURTHER ORDERED that plaintiff's request that an extension should only be granted on the condition that the Court extend all discovery deadlines by thirty days is DENIED. Plaintiff is well aware that, since February 7, 2006, discovery in this matter has been, and will continue to be conducted under the supervision of the Honorable James C. Francis, Magistrate Judge. (*See* Feb. 7, 2006 Order.) As such, this Court should not have to remind plaintiff that any requests to adjust the discovery schedule in this matter must be made, in the first instance, to Judge Francis.

SO ORDERED.

DATED:    New York, New York
               June 10, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE