UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

ALEXANDER DUNLOP,

                            **Plaintiff,**

   -versus-                                                        06 CV 433 (RJS)(JCF)

THE CITY OF NEW YORK, et al.

                            **Defendants.**

------------------------------------------------------------------------ x

     JAMES MIRRO, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §1746 that the following is true and correct:

     1.    I am a Special Assistant Corporation Counsel in the office of MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, attorney for defendants.

     2.    I am familiar with the facts and circumstances stated herein based upon personal knowledge, the books and records of the City of New York, and conversations with its agents and employees.

     3.    I submit this declaration in support of defendants' motion for reconsideration with respect to the plaintiff's Video Conspiracy claim, which defendants sought to dismiss pursuant to Rules 8 and 12(b)(6) of the FRCP.

     4.    I certify that the document attached as Exhibit "A" to this declaration is a true and correct copy of an ECF notification from the Court received by defendants at or about the time identified on that email.

-2-

5. I certify that the document attached as Exhibit "B" to this declaration is a true and correct copy of an ECF notification from the Court received by defendants at or about the time identified on that email.

6. I certify that the documents attached as Exhibit "C" to this declaration are true and correct copies of ECF notifications from the Court received by defendants at or about the time identified on those emails.

Dated: New York, New York
       June 17, 2008

                                              /s/ James Mirro
                                              JAMES MIRRO
                                     Special Assistant Corporation Counsel

*EXHIBIT "A"*

**Mirro, James**

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, May 21, 2008 12:17 AM |
| To: | deadmail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:06-cv-00433-RJS-JCF Dunlop v. The City of New York et al Motion for Reconsideration |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.
U.S. District Court
United States District Court for the Southern District of New York

Notice of Electronic Filing
The following transaction was entered  by Mirro, James  on 5/21/2008 0:16 AM EDT and filed on 5/21/2008

Case Name: Dunlop v. The City of New York et al Case Number: 1:06-cv-433
https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?314088

Filer: Joseph EspositoThe City of New YorkJohn J. ColganMichael BloombergThomas GrahamRaymond KellyMaya GomezIlise Williams

Document Number: 57
Copy the URL address from the line below into the location bar of your Web browser to view the document: Document: https://ecf.nysd.uscourts.gov/doc1/12704803211?magic_num=36185831&de_seq_num=203&caseid=314088

Docket Text:
   MOTION for Reconsideration <I>Of Court's May 6, 2008 Order</I>. Document filed by Thomas Graham, John J. Colgan, Ilise Williams, Maya Gomez, The City of New York, Michael Bloomberg, Raymond Kelly, Joseph Esposito. (Attachments:
# (1) Exhibit A-C, # (2) Exhibit D-1, # (3) Exhibit D-2, # (4) Exhibit D-3, # (5) Exhibit E, # (6) Exhibit E-F)(Mirro, James)
1:06-cv-433 Notice has been electronically mailed to:
Gina Maria Bonica
bonica@kurlandassociates.com


James Mirro                                                                jmirro@law.nyc.gov


Michael Symington Morgan                                                   morganm@dany.nyc.gov


Yetta G. Kurland                                                           kurland@helloworld.edu




1:06-cv-433 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=5/21/2008] [FileNumber=4606850-0]
[580372b7ce179a5f2f67febc3fe292570a813dac6cb0a19575effbd3df536a15f448bb29a95bca36a0fc21628
92cb22b936bb126af6ce4eeec80119c9e3b986f]]

1

*EXHIBIT "B"*

# Mirro, James

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, May 21, 2008 11:58 AM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-00433-RJS-JCF Dunlop v. The City of New York et al Note to Attorney to Re-File Document - PDF Error |

```
This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS***
Judicial Conference of the United States policy permits attorneys of record and parties in
a case (including pro se litigants) to receive one free electronic copy of all documents
filed electronically, if receipt is required by law or directed by the filer. PACER access
fees apply to all other users.  To avoid later charges, download a copy of each document
during this first viewing.
U.S. District Court
United States District Court for the Southern District of New York

Notice of Electronic Filing
The following transaction was entered  on 5/21/2008 11:58 AM EDT and filed on 5/21/2008

Case Name: Dunlop v. The City of New York et al Case Number: 1:06-cv-433
https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?314088

Filer:

Document Number:
No document attached
Docket Text:
***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - PDF ERROR. Note to Attorney James Mirro to RE-
FILE Document [57] MOTION for Reconsideration of Court's May 6, 2008 Order.  (KA)
1:06-cv-433 Notice has been electronically mailed to:
Michael Symington Morgan   morganm@dany.nyc.gov James Mirro   jmirro@law.nyc.gov Yetta G.
Kurland   kurland@helloworld.edu Gina Maria Bonica   bonica@kurlandassociates.com


1:06-cv-433 Notice has been delivered by other means to:
```

1

*EXHIBIT "C"*

## Mirro, James

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, May 21, 2008 1:43 PM |
| To: | deadmail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:06-cv-00433-RJS-JCF Dunlop v. The City of New York et al Motion for Reconsideration |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.
U.S. District Court
United States District Court for the Southern District of New York

Notice of Electronic Filing
The following transaction was entered  by Mirro, James  on 5/21/2008 1:42 PM EDT and filed on 5/21/2008

Case Name: Dunlop v. The City of New York et al Case Number: 1:06-cv-433
https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?314088

Filer: The City of New York

Document Number: 59
Copy the URL address from the line below into the location bar of your Web browser to view the document: Document: https://ecf.nysd.uscourts.gov/doc1/12704805484?magic_num=50404070&de_seq_num=214&caseid=314088

Docket Text:
  MOTION for Reconsideration re; [56] Order on Motion to Dismiss,,,,. Document filed by The City of New York.(Mirro, James)
1:06-cv-433 Notice has been electronically mailed to:
Gina Maria Bonica     bonica@kurlandassociates.com


James Mirro                                                             jmirro@law.nyc.gov


Michael Symington Morgan                                                morganm@dany.nyc.gov


Yetta G. Kurland                                                        kurland@helloworld.edu




1:06-cv-433 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=5/21/2008] [FileNumber=4609086-0]
[774cfb4b80e3fb856cab9137615c71ffde3c4c65d363e5a079dfc913b025cc1126cfffa51004ce336ea16c572
d58d02822ac6f1d8d0951b301116c3d0ad29b0b]]

1

# Mirro, James

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, May 21, 2008 1:45 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-00433-RJS-JCF Dunlop v. The City of New York et al Memorandum of Law in Support of Motion |

```
This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS***
Judicial Conference of the United States policy permits attorneys of record and parties in
a case (including pro se litigants) to receive one free electronic copy of all documents
filed electronically, if receipt is required by law or directed by the filer. PACER access
fees apply to all other users.  To avoid later charges, download a copy of each document
during this first viewing.
U.S. District Court
United States District Court for the Southern District of New York

Notice of Electronic Filing
The following transaction was entered  by Mirro, James  on 5/21/2008 1:44 PM EDT and filed
on 5/21/2008

Case Name: Dunlop v. The City of New York et al Case Number: 1:06-cv-433
https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?314088

Filer: The City of New York

Document Number: 60
Copy the URL address from the line below into the location bar of your Web browser to view
the document: Document: https://ecf.nysd.uscourts.gov/docl/12704805493?magic_num=69591638
&de_seq_num=217&caseid=314088

Docket Text:
  MEMORANDUM OF LAW in Support re: [59] MOTION for Reconsideration re; [56] Order on
Motion to Dismiss,,,..  Document filed by The City of New York.
(Mirro, James)
1:06-cv-433 Notice has been electronically mailed to:
Gina Maria Bonica
bonica@kurlandassociates.com


James Mirro                                                       jmirro@law.nyc.gov


Michael Symington Morgan                                          morganm@dany.nyc.gov


Yetta G. Kurland                                                  kurland@helloworld.edu




1:06-cv-433 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=5/21/2008] [FileNumber=4609095-0]
[9e86d6cf096aee002274b3dc7eb1d0428530e3219d8a1e348beba9e2488b675d9476edf3b33012af62b077a75
cf821abb73d29bc46121b4ba1d55f8e3f1fea15]]
```

## Mirro, James

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, May 21, 2008 1:50 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-00433-RJS-JCF Dunlop v. The City of New York et al Affirmation in Support of Motion |

```
This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS***
Judicial Conference of the United States policy permits attorneys of record and parties in
a case (including pro se litigants) to receive one free electronic copy of all documents
filed electronically, if receipt is required by law or directed by the filer. PACER access
fees apply to all other users.  To avoid later charges, download a copy of each document
during this first viewing.
U.S. District Court
United States District Court for the Southern District of New York

Notice of Electronic Filing
The following transaction was entered  by Mirro, James  on 5/21/2008 1:50 PM EDT and filed
on 5/21/2008

Case Name: Dunlop v. The City of New York et al Case Number: 1:06-cv-433
https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?314088

Filer: The City of New York

Document Number: 61
Copy the URL address from the line below into the location bar of your Web browser to view
the document: Document: https://ecf.nysd.uscourts.gov/doc1/12704805549?magic_num=65146963
&de_seq_num=220&caseid=314088

Docket Text:
AFFIRMATION of James Mirro in Support re: [59] MOTION for Reconsideration re; [56] Order
on Motion to Dismiss,,,,..  Document filed by The City of New York.  (Attachments: # (1)
Exhibit A-C, # (2) Exhibit D-1, # (3) Exhibit D-2, # (4) Exhibit D-3, # (5) Exhibit E, #
(6) Exhibit F)(Mirro, James)
1:06-cv-433 Notice has been electronically mailed to:
Gina Maria Bonica
bonica@kurlandassociates.com


James Mirro                                                          jmirro@law.nyc.gov


Michael Symington Morgan                                             morganm@dany.nyc.gov


Yetta G. Kurland                                                     kurland@helloworld.edu




1:06-cv-433 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=5/21/2008] [FileNumber=4609151-0]
[a97beabe2b82e3ba9a0c235ea54fb2e1a9026827a4170dc4c9373976863145ca85578282691f907b25dcae237
46a85e81cdb5e2d6a42c6d5fadbd2b7578daa84]]

Document description: Exhibit A-C
```

1