YETTA G. KURLAND
GINA M. BONICA
GREGORY E. BINSTOCK
AUDREY A. MARS*

* PARALEGAL
304 PARK AVENUE SOUTH, SUITE 206
NEW YORK, NEW YORK 10010
TEL 212-253-6911
FAX 212-614-2532

WWW.KURLANDASSOCIATES.COM




**MEMO ENDORSED**

August 14, 2008

**VIA FEDERAL EXPRESS**
The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street – Room 1960
New York, New York 100071312

Re: <u>Alexander Dunlop v. The City of New York et al., 06- cv-433 (RJS) (JCF)</u>

Dear Judge Francis,

    This office represents Plaintiff Alexander Dunlop in the above referenced matter.

    We write to request an extension of one month for the remaining deadlines in the June 3, 2008 Case Management Order (CMO) beginning with the September 1, 2008 deadline. Defendants' counsel, James Mirro, Esq., consents to this request. Since the Case Management Order was entered on June 3, 2008, this is the first request for an extension of discovery deadlines.

    Both Plaintiff and Defendant have timely complied with service of discovery demands and lists of non-party fact witnesses. Due to vacation schedules in the month of August, and the difficulty of reaching certain defense witness, counsel for Plaintiff and Defendants have tentative deposition dates scheduled in early September, subject to Your Honor's approval.

    Discovery in this matter had been initially stayed until May 6, 2008, after which there was a CMO entered on June 3, 2008. This case is unique from the other consolidated RNC cases, as it involves a video conspiracy claim, which requires the production of documentation related to an altered videotape used in the prosecution of Plaintiff, some of which has not been requested or produced in the other RNC consolidated cases.

In light of the above, Plaintiff respectfully requests that Your Honor So Order a one-month extension on all remaining deadlines set forth in the CMO.

Respectfully Submitted,

KURLAND, BONICA & ASSOCIATES, P.C.

*[signature]*

Gina M. Bonica, Esq. (GB-6615)
Attorneys for Plaintiff

cc:   James Mirro, Esq.
      Corporation Counsel
      *Via email*

SO ORDERED:

*[signature]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 26, 2008