UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

ALEXANDER DUNLOP,

                            Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                            Defendants.

No. 06 Civ. 0433 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Before the Court is Defendants' letter, dated August 28, 2008, requesting a partial stay of discovery in this matter pending the Court's decision on the motion for reconsideration of the Court's May 6, 2008 Order. The Court is also in receipt of Plaintiff's response, dated September 2, 2008, indicating that Plaintiff is opposed to any stay.

    The parties are first advised that the letters were submitted in violation of Rule 2(F) of the Individual Practices of the undersigned, which requires that discovery disputes be addressed to the Court in a single letter.

    Nevertheless, Defendants' request is granted. The Court hereby stays discovery related to the video conspiracy claim for one week, or until September 16, 2008, pending the Court's decision on the motion for reconsideration.

SO ORDERED.

DATED:    New York, New York
                September 9, 2008

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE